499 A.2d 577

COMMONWEALTH of Pennsylvania, Petitioner,

v.

Phillip Thomas MONOSKY.

Supreme Court of Pennsylvania.

Oct. 18, 1985.

Petition for Allowance of Appeal GRANTED, No. 93 W.D. Appeal Docket 1985.